UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

RECEIVED
12-20-13
DEC 2 0 2013
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ronald E Louden JR

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

NRC/Stateville
Correctional Facility &
Illinois Department of
Corrections And
Warden-Michael Lemke
Officers-Johnson & Hall

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

13CV9140
JUDGE GUZMAN
MAGISTRATE JUDGE MASON

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

√     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):
   A. Name: Ronald Eric Louden JR
   B. List all aliases: Eric Sanders
   C. Prisoner identification number: K59775
   D. Place of present confinement: East Moline Correctional Facility
   E. Address: 100 Hillcrest East Moline, Il 61244

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Michael Lemke
      Title: Warden
      Place of Employment: Stateville Correctional Facility
   B. Defendant: Officer Johnson
      Title: Correctional Officer
      Place of Employment: Stateville/NRC - H-2
   C. Defendant: Officer Hall
      Title: Correctional Officer
      Place of Employment: Stateville/NRC - H-2

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is YES:

1. What steps did you take?

I wrote A grievAnce Report.

2. What was the result?

I did not get A response

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

D. If your answer is NO, explain why not:

3

E. Is the grievance procedure now completed? YES (X) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is **YES**:

    1. What steps did you take?
    _____
    _____
    _____

    2. What was the result?
    _____
    _____
    _____

H. If your answer is NO, explain why not:
_____
_____
_____

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: Ronald Eric Louden Jr vs- Thomas Dart, et Al. #13C4421

    B. Approximate date of filing lawsuit: June 11, 2013

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ~~[scratched out]~~

    D. List all defendants: Thomas Dart, CCDOC Sheriffs office, Investigating officers and officer Banks.

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court, Northern District of Illinois

    F. Name of judge to whom case was assigned: Ronald A. Guzman

    G. Basic claim made: Financial compensation and also punitive damages

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

    I. Approximate date of disposition: June 14th 2013

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Ronald Louden was brought into Stateville C.C. on July 22nd 2013. After being prossesed through the Intake procedure I was housed in the medical part of NRC/Stateville Along with 7 other inmates were assigned to a small cell at which I along with the other inmates had to sleep on the floor because there were no bunks in the small cell. The cell was so over crowded that my mattress was right by the toilet, where as I had to sleep and lay my head and body while other inmates had to relieve then selves at random, which is very inhumane. Also the cell room was very nasty like it hadn't been cleaned in a very long time at which there were different kinds of bugs crawling around and flying around the cell because of the food particles on the floor and the bacteria and fungus in and around the toilet. Cleaning supplies were denied to me and the other inmates after being requested. After 3 days of those living conditions on 7-25-13 I was transfered to P-114 in NRC/Stateville which is a 2 man cell. The cell had lots of bugs and insects because of the food particles all around the cell. I requested a grievance but didn't recieve such.

6

I requested a pen or pencil but didn't recieve such, at which I was trying to write my family and explain to them the living conditions. I also had legal matters that needed to be addressed as soon as possible. Inmates are allowed to keep prestamped envelopes and writing paper when transfered from the Cook County Jail to Stateville but are not allowed to keep a pen or pencil and Stateville does not replace or provide you with such. I feel not being able to corresponde with the outside world because of these reasons are in violation of my rights and I fault Warden Michael Lemke, Stateville/NRC and IDOC administration for the inhumane living situations and cruel punishment that Stateville/NRC has. Let it be noted that you can purchase proper writing material from the commissary but you have to be in Stateville/NRC 60 days before you can shop at which numerous inmates such as myself, have legal dead lines to meet that are under 60 days. Writing is the most common way of communication for inmates and without the proper material it is impossible to corresspond with legal pessonale and of family and friends. On 8-5-2013 I was transfered to H-2-5-Pod at which I was assigned to sleep on the dayroom floor because of over crowdness of the dorm at which later that night I was bit by a unidetifiable bug and denied medical treatment by Officer Johnson and denied a grievance by Officer Hall. On 8-7-2013 I was transfered to the Gym along with 99 other inmates where as the gym is not a suitable living quaters for inmates. And on 8-8-13 I had to cut off my facial hair so it could match the description of my ID because I was being transfered to East Moline at which my face had a allergic reaction because

VI. Relief: The barbers don't have any alcohol or sanitizer for their clippers, they just cut one head after another without cleaning there material which is very unsanitary.

7

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Court to ~~compensate~~ compensate me for the sum of 100,000 dollars plus punitive damages and lawyer fees.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 14th day of August, 2013

OFFICIAL SEAL
KAREN L WILLIAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/15/14

9-3-13

Ronald Eric Couden Jr
(Signature of plaintiff or plaintiffs)

Ronald Eric Couden JR
(Print name)

K59775
(I.D. Number)

East Moline C.C.
100 Hillcrest Road
East Moline, Il 61244
(Address)

8

IN THE

_____

_____

Ronald Eric Louden Jr )
Plaintiff )
 )
 ) Case No. _____
NRC/Stateville C.C., vs. )
Warden Michael Lemke, )
Officers Johnson and Hall and I.D.O.C. )
 )
_____ )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

To: _____     To: _____

_____           _____

_____           _____

_____           _____

PLEASE TAKE NOTICE that on __8-14-_____ 20 _13_ , I have placed the documents listed below in the institutional mail at Dixon Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:_____

_____

Pursuant to 28 USC 1746, 18USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 8-14-2013

[signature]

OFFICIAL SEAL
KAREN L WILLIAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/15/14

P-8-13

Revised Jan. 2002

/s/ [signature]
Name: Ronald E. Louden Jr
IDOC # K59775
Dixon Correctional Center
P.O. Box 1200
Dixon, IL 61021

East Moline C.C.
100 Hillcrest road
East Moline, Il 61244